## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DON BRIEGER, ROBERT BECKER, ALAN BURSTIN, PAULA MITCHELL and HARRY SCHULTZ, individually and on behalf of all others similarly situated, ) ) ) ) ) | Case No. 1:06-cv-01882 |
| Plaintiffs, ) ) | |
| v. ) | Judge Matthew F. Kennelly |
| ) | |
| TELLABS, INC., et al., ) ) | |
| Defendants. ) ) | |

### INDEX OF DEFENDANTS' APPENDIX OF EXHIBITS IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT

| EXHIBIT | | DATE OF EXHIBIT | EXHIBIT DESCRIPTION |
|---|---|---|---|
| A | | 11/15/2008 | Bro Ballantine Deposition Excerpts |
| B | | 4/19/2007 | Robert Becker Deposition Excerpts |
| C | | 5/7/2007 | Don Brieger Deposition Excerpts |
| D | | 6/5/2007 | Alan Burstin Deposition Excerpts |
| E | | 11/22/2008 | Charles Cohrs Deposition Excerpts |
| F | | 3/21/2008 | Leslie Harper Deposition Excerpts |
| G | | 11/5/2008 | Robert Horsley Deposition Excerpts |
| H | | 5/9/2007 | Paula Mitchell Deposition Excerpts |
| I | | 2/6/2008 | Debra Ragusa Deposition Excerpts and Exhibits |
| | 3 | 7/1999 | D. Ragusa Deposition Exhibit 3 - 1999 Summary Plan Description ("1999 SPD") |
| | 4 | 1/2002 | D. Ragusa Deposition Exhibit 4 - 2002 Summary Plan Description ("2002 SPD") |
| | 6 | 1/1/1999 | D. Ragusa Deposition Exhibit 6 - Tellabs Advantage Program Plan Document, Amended and Restated Effective January 1, 1999 ("1999 Plan") |
| | 7 | 1/1/2003 | D. Ragusa Deposition Exhibit 7 - Tellabs Advantage Program Plan Document, Amended and Restated Effective January 1, 2003 ("2003 Plan") |
| J | | 5/8/2007 | Harry Schultz Deposition Excerpts |
| K | | 11/21/2008 | Michael Smiley Deposition Excerpts |
| L | | 2/5/2009 | George Stenitzer Declaration |
| M | | 2/3/2009 | Linda Pfluger Declaration |

| EXHIBIT | DATE OF EXHIBIT | EXHIBIT DESCRIPTION |
|---|---|---|
| N | 2/3/2009 | James A. Dite Declaration |
| O | 2/3/2009 | James Sheehan Declaration |
| P | 7/2/2007 | David J. Ross Declaration |
| Q | 2/5/2009 | Debra M. Ragusa Declaration and Exhibits |
| 1 | 2/2001 | The Tellabs Advantage Program and Your Investment Options ("Investment Options Booklet") |
| 2 | 2/2000 | "Saving and Investing Your Money: A Personal Guide to Your Retirement Savings" ("Personal Guide") |
| 3 | 4Q 2000 – 3Q 2003 | Investment Results Updates for the class period |
| 4 | 1/4/2000 | Written Consent of Directors |
| 5 | 9/18/2000 | Written Consent of Directors |
| 6 | 3/30/2001 | Written Consent of Directors |
| 7 | 8/27/2001 | Written Consent of Directors |
| 8 | 8/5/2002 | Written Consent of Directors |
| 9 | 3/31/2003 | Written Consent of Directors |
| 10 | 7/28/2003 | Written Consent of Directors |
| 11 | 3/1/2002 | Tellabs Advantage Program – Investment Fund Change Notification |
| 12 | 6/28/2002 | Tellabs Advantage Program – Investment Fund Change Notification |
| 13 | 5/14/2003 | Memorandum Regarding Tellabs Advantage Program Changes and 204(h) Notice, addressed to Tellabs Advantage Program Participants Eligible for Retirement Contribution |
| 14 | 12/2000 – 9/2003 | Robert Becker's Account Statements for the class period **TO BE FILED UNDER SEAL PENDING COURT APPROVAL**, see Docket No. 208 |
| 15 | 12/2000 – 3/2003 | Don Brieger's Account Statements for the class period **TO BE FILED UNDER SEAL PENDING COURT APPROVAL**, see Docket No. 208 |
| 16 | 3/2002 – 9/2003 | Alan Burstin's Account Statements for the class period **TO BE FILED UNDER SEAL PENDING COURT APPROVAL**, see Docket No. 208 |
| 17 | 12/2000 – 9/2003 | Paula Mitchell's Account Statements for the class period **TO BE FILED UNDER SEAL PENDING COURT APPROVAL**, see Docket No. 208 |
| 18 | 12/2000 – 9/2003 | Harry Schultz' Account Statements for the class period **TO BE FILED UNDER SEAL PENDING COURT APPROVAL**, see Docket No. 208 |
| 19 | 1/27/2000 – 10/15/2002 | Harry Schultz Transfers In and Out of the Tellabs Stock Fund **TO BE FILED UNDER SEAL PENDING COURT APPROVAL**, see Docket No. 208 |
| R | 2/4/2009 | Charles C. Jackson Declaration and Exhibits |
| 1 | 2/5/2009 | Summary of Undisputed Disclosures |
| 1.1 | 4/18/2001 | 1Q 2001 Earnings Announcement (News Release) |

| EXHIBIT | DATE OF EXHIBIT | EXHIBIT DESCRIPTION |
|---|---|---|
| 1.2 | 4/18/2001 | 1Q 2001 Earnings Teleconference Transcript |
| 1.3 | 4/18/2001 | Email Message to all employees from CEO Dick Notebaert |
| 1.4 | 4/18/2001 | This Week at Tellabs |
| 1.5 | 4/25/2001 | Email Message to all employees from CEO Dick Notebaert |
| 1.6 | 4/25/2001 | This Week at Tellabs |
| 1.7 | 5/3/2001 | Town Hall Meeting Transcript |
| 1.8 | 5/31/2001 | News Release |
| 1.9 | 6/6/2001 | This Week at Tellabs |
| 1.10 | 6/14/2001 | Town Hall Meeting Transcript |
| 1.11 | 6/19/2001 | 2Q 2001 Guidance Revision (News Release) |
| 1.12 | 6/19/2001 | Revised Guidance Teleconference Call Transcript |
| 1.13 | 6/19/2001 | Email Message to all employees from CEO Dick Notebaert |
| 1.14 | 6/20/2001 | This Week at Tellabs |
| 1.15 | 7/18/2001 | 2Q 2001 Earnings Announcement (News Release) |
| 1.16 | 7/18/2001 | Investor Relations Teleconference Call Transcript |
| 1.17 | 7/19/2001 | This Week at Tellabs |
| 1.18 | 7/26/2001 | Town Hall Meeting Transcript |
| 1.19 | 8/3/2001 | This Week at Tellabs |
| 1.20 | 8/22/2001 | News Release |
| 1.21 | 8/22/2001 | This Week at Tellabs |
| 1.22 | 8/22/2001 | Email Message to all employees from CEO Dick Notebaert |
| 1.23 | 8/30/2001 | Town Hall Meeting Transcript |
| 1.24 | 9/7/2001 | This Week at Tellabs |
| 1.25 | 10/16/2001 | 3Q 2001 Earnings Announcement (News Release) |
| 1.26 | 10/16/2001 | Investor Relations Teleconference Call Transcript |
| 1.27 | 10/16/2001 | Email Message to all employees from CEO Dick Notebaert |
| 1.28 | 10/17/2001 | This Week at Tellabs |
| 1.29 | 11/2/2001 | News Release |
| 1.30 | 11/2/2001 | Town Hall Meeting Transcript |
| 1.31 | 11/2/2001 | Town Hall meeting materials ("Tellabs Outlook" – Questions and Answers, Dick Notebaert, President and CEO) |
| 1.32 | 11/2/2001 | Town Hall meeting materials (Additional Questions and Answers from the Town Hall Meeting) |
| 1.33 | 11/9/2001 | This Week at Tellabs |
| 1.34 | 11/16/2001 | News Release |
| 1.35 | 11/16/2001 | Email Message to all employees from CEO Dick Notebaert |
| 1.36 | 11/20/2001 | This Week at Tellabs |
| 1.37 | 1/7/2002 | Town Hall Meeting Transcript |
| 1.38 | 1/23/2002 | 4Q 2001 Earnings Announcement (News Release) |
| 1.39 | 1/23/2002 | Investor Relations Teleconference Call Transcript |
| 1.40 | 1/23/2002 | Email Message to all employees from CEO Dick Notebaert |
| 1.41 | 1/23/2002 | This Week at Tellabs |
| 1.42 | 3/21/2002 | Town Hall Meeting Transcript |

| EXHIBIT | DATE OF EXHIBIT | EXHIBIT DESCRIPTION |
|---|---|---|
| 1.43 | 3/28/2002 | This Week at Tellabs |
| 1.44 | 4/17/2002 | 1Q 2002 Earnings Announcement (News Release) |
| 1.45 | 4/17/2002 | Investor Relations Teleconference Call Transcript |
| 1.46 | 4/17/2002 | Email Message to all employees from CEO Dick Notebaert |
| 1.47 | 4/18/2002 | Town Hall Meeting Transcript |
| 1.48 | 4/24/2002 | This Week at Tellabs |
| 1.49 | 6/17/2002 | Email Message to all employees from CEO Dick Notebaert |
| 1.50 | 6/18/2002 | This Week at Tellabs |
| 1.51 | 7/17/2002 | 2Q 2002 Earnings Announcement(News Release) |
| 1.52 | 7/17/2002 | Investor Relations Teleconference Call Transcript |
| 1.53 | 7/17/2002 | This Week at Tellabs |
| 1.54 | 7/23/2002 | This Week at Tellabs |
| 1.55 | 7/25/2002 | Town Hall Meeting Transcript |
| 1.56 | 7/30/2002 | This Week at Tellabs |
| 1.57 | 8/22/2002 | Town Hall Meeting Transcript |
| 1.58 | 8/27/2002 | This Week at Tellabs |
| 1.59 | 9/3/2002 | This Week at Tellabs |
| 1.60 | 9/5/2002 | News Release |
| 1.61 | 9/5/2002 | Email Message to all employees from CEO Mike Birck |
| 1.62 | 9/10/2002 | This Week at Tellabs |
| 1.63 | 10/2/2002 | This Week at Tellabs |
| 1.64 | 10/7/2002 | This Week at Tellabs |
| 1.65 | 10/18/2002 | 3Q 2002 Earnings Announcement (News Release) |
| 1.66 | 10/18/2002 | Investor Relations Teleconference Call Transcript |
| 1.67 | 10/22/2002 | This Week at Tellabs |
| 1.68 | 10/23/2002 | Town Hall Meeting (Bolingbrook) Transcript |
| 1.69 | 10/23/2002 | Town Hall Meeting (Naperville) Transcript |
| 1.70 | 10/29/2002 | This Week at Tellabs |
| 1.71 | 1/22/2003 | 4Q 2002 Earnings Announcement (News Release) |
| 1.72 | 1/22/2003 | Investor Relations Teleconference Call Transcript |
| 1.73 | 1/22/2003 | This Week at Tellabs |
| 1.74 | 1/28/2003 | This Week at Tellabs |
| 1.75 | 1/30/2003 | Town Hall Meeting (Bolingbrook) Transcript |
| 1.76 | 2/4/2003 | This Week at Tellabs |
| 1.77 | 3/21/2003 | Town Hall Meeting (Naperville) Transcript |
| 1.78 | 3/21/2003 | Town Hall Meeting (Bolingbrook) Transcript |
| 1.79 | 3/25/2003 | This Week at Tellabs |
| 1.80 | 4/16/2003 | 1Q 2003 Earnings Announcement(News Release) |
| 1.81 | 4/16/2003 | Investor Relations Teleconference Call Transcript |
| 1.82 | 4/16/2003 | Email Message to all employees from CEO Mike Birck |
| 1.83 | 4/16/2003 | This Week at Tellabs |
| 1.84 | 4/28/2003 | Town Hall Meeting (Naperville) Transcript |
| 1.85 | 4/28/2003 | Town Hall Meeting (Bolingbrook) Transcript |

| EXHIBIT | DATE OF EXHIBIT | EXHIBIT DESCRIPTION |
|---|---|---|
| 1.86 | 4/29/2003 | This Week at Tellabs |
| 1.87 | 5/20/2003 | This Week at Tellabs |
| 2 | 2/5/2009 | Summary of Plaintiffs' Deposition Testimony |
| 2.1 | 4/19/2007 | Robert Becker Deposition Excerpts Cited in C. Jackson Declaration Exhibit 2 |
| 2.2 | 5/7/2007 | Don Brieger Deposition Excerpts Cited in C. Jackson Declaration Exhibit 2 |
| 2.3 | 6/5/2007 | Alan Burstin Deposition Excerpts Cited in C. Jackson Declaration Exhibit 2 |
| 2.4 | 5/9/2007 | Paula Mitchell Deposition Excerpts Cited in C. Jackson Declaration Exhibit 2 |
| 2.5 | 5/8/2007 | Harry Schultz Deposition Excerpts Cited in C. Jackson Declaration Exhibit 2 |
| 2.6 |  | Cited Exhibits From Plaintiffs' Depositions (marked in depositions as Defendants' Exhibits 300, 301, 302) |
| 3 | 10/3/2008 | Plaintiffs' Responses to Defendants' First Set of Requests for Admissions |
| 4 | 10/7/2008 | Transcript of Proceedings Before the Honorable Matthew F. Kennelly |
| 5 | 10/13/2008 | E-mail from Charles Jackson to Edward Ciolko, Matthew Houston and Amy Foran |
| 6 | 10/13/2008 | E-mail from Matthew Houston to Charles Jackson and Amy Foran |
| 7 | 10/20/2008 | Defendants' Objections and Responses to Plaintiffs' First Set of Requests for Admissions to Defendants |