# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |
|---|---|
| DON BRIEGER, ROBERT BECKER, ALAN BURSTIN, HARRY SCHULTZ, And PAULA MITCHELL, Individually and On Behalf of All Others Similarly Situated, ) ) ) ) ) ) | Case No. 1:06-cv-1882 |
| Plaintiffs, ) ) | |
| v. ) ) | Judge Matthew F. Kennelly |
| TELLABS, INC., et al., ) ) | |
| Defendants. ) ) | |

## INDEX OF PLAINTIFFS' APPENDIX OF EXHIBITS IN SUPPORT OF THEIR OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

| EXHIBIT | | DATE OF EXHIBIT | EXHIBIT DESCRIPTION | BATES NUMBERS |
|---|---|---|---|---|
| A | | 10/02/2008 | Joan Ryan Deposition Excerpts | |
| | 21 | 2/09/2001 | J. Ryan Deposition Exhibit 21 – E-mail from J. Ryan to R. Notebaert | |
| B | | 3/21/2008 | Leslie Harper Deposition Excerpts | |
| C | | 11/18/2008 | Richard Notebaert Deposition Excerpts | |
| | 12 | 2/09/2001 | R. Notebaert Deposition Exhibit 12 - E-mail from J. Ryan to R. Notebaert | |
| D | | 10/10/2008 | Michael Birck Deposition Excerpts | |
| E | | 9/16/2008 | Brian Jackman Deposition Excerpts | |
| F | | 11/14/2008 | Thomas Cooke Deposition Excerpts | |
| G | | 2/6-7/2008 | Debra Ragusa Deposition Excerpts | |
| H | | 11/05/2008 | Scott Horsley Deposition Excerpts | |
| I | | 11/15/2008 | Bro Ballantine Deposition Excerpts | |
| J | | 11/21/2008 | Michael Smiley Deposition Excerpts | |
| K | | 11/22/2008 | Charles Cohrs Deposition Excerpts | |
| L | | 1/23/2009 | Harley Ball Deposition Excerpts | |
| M | | 5/07/2007 | Don Brieger Deposition Excerpts | |
| N | | 4/19/2007 | Robert Becker Deposition Excerpts | |
| O | | 6/05/2007 | Alan Burstin Deposition Excerpts | |
| P | | 5/08/2007 | Harry Schultz Deposition Excerpts | |

| Q | 5/09/2007 | Paula Mitchell Deposition Excerpts | |
| R | 3/02/2009 | Mark K. Gyandoh Declaration and Exhibits | |
| 1 | 10/2000 | Statement of Advantage Program Investment Policies and Objectives | TL-ERISA 0422-0442 |
| 2 | 7/1999 | The Tellabs Advantage Program – 1999 Summary Plan Description | TL-ERISA 0371-0421 |
| 3 | 1/01/1999 | Tellabs Advantage Program Plan Document, Amended and Restated Effective January 1, 1999 | TL-ERISA 0309-0370 |
| 4 | 4/01/1993 | Tellabs Master Retirement Savings Trust | TL-ERISA 0145-0182 |
| 5 | 8/27/2001 | Tellabs Investment Committee Meeting Minutes | TL-ERISA 4689 |
| 6 | 9/25/2002 | Tellabs Investment Committee Meeting Minutes | TL-ERISA 4693-4695 |
| 7 | 8/2001 | Hewitt Financial Services Executive Summary, Annual Investment Review | TL-ERISA 2684-2710 |
| 8 | 9/13/2001 | E-mail chain from Michael Plesic | TL-ERISA 153624-153627 |
| 9 | 5/07/2001 | E-mail chain from Steve McCarthy | TL-ERISA 666912-666913 |
| 10 | 1/15/2001 | E-Mail from Leigh-Ann Soucie | TL-ERISA 2388385 |
| 11 | 1/25/2001 | E-mail chain from Steve McCarthy | TL-ERISA 669279-669280 |
| 12 | 1/23/2001 | Tellabs Investor Relations Teleconference | TL-ERISA 008723-008737 |
| 13 | 3/7/2001 | Tellabs press release | TL-ERISA 060628-060629 |
| 14 | 4/6/2001 | Revised Guidance Teleconference Call | TL-ERISA 058048-058054 |
| 15 | 2000 | Tellabs Annual Report 2000 | TL-ERISA 049084-049111 |
| 16 | 2/12/2001 | E-mail chain from Steve McCarthy | TL-ERISA 658408 |
| 17 | 2/19/2001 | Letter from R. Notebaert to M. Birck | TL-ERISA 2691540 |
| 18 | 3/07/2001 | Tellabs Investor Relations Teleconference | TL-ERISA 008738-008745 |
| 19 | 3/13/2001 | E-mail chain from George Stenitzer | TL-ERISA 079315-079316 |
| 20 | 3/29/2001 | E-mail from Stephanie Glowacki | TL-ERISA 2386858 |
| 21 | 4/01/2001 | E-mail chain from Joan Ryan | TL-ERISA 267665-267666 |
| 22 | 5/09/2001 | E-mail chain from Steve McCarthy | TL-ERISA 666922-666929 |
| 23 | 5/17/2001 | Memo from B. Ballantine to R. Notebaert | TL-ERISA 02907157-02907158 |

| | | | | |
|---|---|---|---|---|
| | 24 | 6/14/2001 | "Optical Networking:  Positioning Tellabs for Tomorrow" | TL-ERISA 4558-4572 |
| | 25 | 7/26/2001 | "Second Quarter 2001 Earnings and Balanced Scorecard" and "Tellabs Outlook" | TL-ERISA 4573-4584 |
| | 26 | 7/13/2001 | E-mail chain from Richard Tatara | TL-ERISA 645233 |
| | 27 | 7/30/2001 | E-mail from Leigh-Ann Soucie | TL-ERISA 2320001 |
| | 28 | 9/26/2001 | E-mail from Leigh-Ann Soucie | TL-ERISA 2358494 |
| | 29 | 2/11/2002 | E-mail from Chuck Bernstein | TL-ERISA 2849466 |
| | 30 | 4/16/2002 | E-mail chain form George Stenitzer | TL-ERISA 132405-132406 |
| | 31 | 6/19/2001 | Tellabs press release | TL-ERISA 5270-5271. |
| | 32 | 8/22/2001 | Tellabs press release | TL-ERISA 077424-077426. |
| | 33 | 3/21/2002 | Employee Town Hall Meeting Minutes | TL-ERISA 4640-4645 |
| | 34 | 5/14/2003 | Memo to Tellabs Advantage Program Participants Eligible for Retirement Contribution | TL-ERISA 0143 |
| | 35 | 12/11/2000 | News Release "Tellabs provides support for Sprint's network to manage growing broadband traffic and lower costs" | TL-ERISA 23111-23112 |
| | 36 | 3/29/2001 | E-mail chain from Steve McCarthy | TL-ERISA 659011 |
| | 37 | 10/20/2008 | Defendants' Objections and Responses to Plaintiffs' First Request for Admissions | |
| | 38 | 12/04/2006 | Defendants' Initial Rule 26(a)(1) Disclosures | |