# EXHIBIT D

*Transcript of David J. Ross*

Page 1

```
 1            IN THE UNITED STATES DISTRICT COURT
 2           FOR THE NORTHERN DISTRICT OF ILLINOIS
 3
 4    DON BRIEGER, ROBERT BECKER,       )
 5    ALAN BURSTIN, HARRY SCHULTZ and   )
 6    PAULA MITCHELL, individually and  )
 7    on behalf of all others similarly )
 8    situated,                         )
 9              Plaintiffs,             )
10      vs.                             )No. 1:06-cv-1882
11    TELLABS, INC., et al.,            )
12              Defendants.             )
13
14         The videotaped discovery deposition
15    of DAVID J. ROSS, taken in the above-entitled
16    cause, before DERALYN GORDON, a notary public of
17    Cook County, Illinois, on the 29th day of January,
18    2009, at 77 West Wacker Drive, Fifth Floor,
19    Chicago, Illinois, beginning at approximately
20    9:48 a.m., pursuant to Notice.
21
22
23
24    REPORTED BY:  DERALYN GORDON, CSR, RPR, CRR
25    LICENSE NO:  084-003957
```

Page 80

```
 1  occurred.  And, more generally, the declaration      11:43:42AM
 2  demonstrates that there are certain participants     11:43:47AM
 3  who could not recover by asserting a claim of        11:43:50AM
 4  a breach of duty to disclose on any date during      11:43:52AM
 5  the proposed class period, and, therefore, have      11:43:59AM
 6  interclaim conflicts for the reason described in     11:44:02AM
 7  the declaration.                                     11:44:05AM
 8     Q.   You make no conclusions or have an opinion   11:44:13AM
 9  in this case that one way or the other that the      11:44:16AM
10  Tellabs stock was imprudent, do you?                 11:44:18AM
11     A.   Correct.  The declaration does not reach    11:44:21AM
12  any conclusions one way or another regarding         11:44:24AM
13  either whether Tellabs stock was an imprudent        11:44:29AM
14  investment at any time during the proposed class     11:44:34AM
15  period or whether the stock price was artificially   11:44:37AM
16  inflated during the proposed class period or         11:44:40AM
17  whether there was a breach of any duty during the    11:44:42AM
18  proposed class period.                               11:44:44AM
19     Q.   Okay.  And related to that you also         11:44:45AM
20  make no opinion or reach any conclusions, do you,    11:44:50AM
21  that -- or whether there was any damages incurred    11:44:54AM
22  by the proposed class in this case, do you?          11:44:58AM
23          MR. ALAMUDDIN:  Object to the form.         11:45:06AM
24     A.   Yes, in part for the same reason, that      11:45:07AM
25  you can't conclude that there are any damages        11:45:12AM
```