UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DON BRIEGER, ROBERT BECKER, ALAN BURSTIN, HARRY SCHULTZ, and PAULA MITCHELL, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>TELLABS, INC., et al.,<br><br>Defendants. | Case No. 1:06-cv-1882<br><br>Judge Matthew F. Kennelly |

### PLAINTIFFS' AND DEFENDANTS' JOINT STATUS REPORT

Per the Court's instruction, Plaintiffs and Defendants respectfully submit the following report in connection with the March 23, 2009 status conference scheduled with the Court. The issues under discussion include: 1) identification of witnesses each side will call at trial; 2) whether testimony will be presented live or via deposition; and 3) how long the expected direct examination is to take. Counsel for the parties have conferred and respectfully submit the following list of witnesses who will be called to testify at trial. Additional witnesses who may be called to testify will be identified in the Final Pretrial Order.

PLAINTIFFS' WITNESS LIST

| Name | Form of Testimony | Expected Length |
|---|---|---|
| Harley Ball | Deposition | 2 hours/1 hour defendants |
| Michael Birck | Live | 5 hours |
| Bro Ballantine | Deposition | 2 hours/1 hour defendants |

| | | |
|---|---|---|
| Tom Cooke | Live | 3 hours |
| Les Harper | Deposition | 2 hours/1 hour defendants |
| Matthew Hutchenson | Live | 4 hours/3 hours defendants |
| Brain Jackman | Live | 4 hours |
| Richard Notebaert | Live | 5 hours |
| Christine Pfefferle | Live | 3 hours |
| Debra Ragusa | Live | 3 hours |
| Joan Ryan | Live (if available) | 5 hours |
| Saul Solomon | Live | 5 hours/4 hours defendants |
| Richard Tatara | Live | 3 hours/2 hours defendants |
| Ronald Vollmar | Live | 3 hours/3 hours defendants |

DEFENDANTS' WITNESS LIST

| | | |
|---|---|---|
| Mike Birck*[1] | Live | 5 hours |
| Robert Becker | Live | 3 hours |
| Don Brieger | Deposition (possibly video) | 3 hours |
| Alan Burstin | Deposition (possibly video) | 3 hours |
| Thomas Cooke* | Live | 2 hours |
| Thomas Desmond | Live | 3 hours |
| Brian Jackman* | Live | 2 hours |
| Ken Lehn | Live | 3 hours |

---

[1] Asterisk denotes also on Plaintiffs' will call list.

2

| | | |
|---|---|---|
| Paula Mitchell | Live | 3 hours |
| Richard Notebaert* | Live | 5 hours |
| Chris Pfefferle* | Live | 5 hours |
| Robert Pullen | Live | 4 hours |
| Debra Ragusa* | Live | 5 hours |
| David Ross | Live | 2 hours |
| Joan Ryan* | Live (if available) | 4 hours |
| Harry Schultz | Live | 3 hours |
| Laura Starks | Live | 4 hours |

Based upon the estimated length of direct examinations, the parties respectfully request eighteen days for trial of this action.

Dated: March 20, 2009

**HARWOOD FEFFER LLP**

By: /s Matthew M. Houston
Matthew M. Houston
488 Madison Avenue
New York, NY 10022
(212) 935-7400

**Barroway Topaz Kessler Meltzer & Check, LLP**
Edward W. Ciolko, Esq.
Mark K. Gyandoh, Esq.
Peter M Muhic
280 King of Prussia Road
Radnor, PA 19087
(610) 667-7706

3

**The Weiser Law Firm P.C.**
Robert B. Weiser, Esq.
Brett D. Stecker, Esq.
121 North Wayne Avenue
Suite 100
Wayne, PA 19087
(610) 225-2677

**Lasky & Rifkind, Ltd.**
Norman Rifkind, Esq.
Leigh R. Lasky, Esq.
350 N. LaSalle Street, Suite 1320
Chicago, Illinois 60610
(312) 634-0057

**Counsel for Plaintiffs**

-- and --

**MORGAN, LEWIS & BOCKIUS LLP**

By: /s Charles C. Jackson (MMH w/permission)
Charles C. Jackson
Deborah S. Davidson
77 West Wacker Drive
Chicago, IL 60601
(302) 324-1000

**Counsel for Defendants**

4