# EXHIBIT C

| Date | Description | Explanation | Amount Nontaxable or Uncertain |
|---|---|---|---|
| 11/27/07 | "E-file processing" of SEC Filings | Costs are uncertain because it is not clear whether this expense is simply the cost of retrieving the SEC filings for production or if it concerns processing the filings for the electronic review database. | $285.00 |
| 11/27/07 | CD Creation | Costs are taxable because the expense appears to be related to production. | - |
| 12/16/07 | OCR Conversion | Costs are uncertain because it is not clear what this expense relates to. These costs are nontaxable if the costs relate to the creation of their electronic database which is for their convenience and is not necessary for the maintenance of the case. | $111.21 |
| 12/16/07 | CD Creation | Costs are taxable because the expense appears to be related to production. | - |
| 03/28/08 | Scanning | Costs are taxable. | - |
| 03/28/08 | Branding | Costs are necessary for electronic production and are taxable. | - |
| 03/28/08 | CD Mastering | Costs are necessary for electronic production and are taxable. | - |
| 03/28/08 | File Naming | Costs are necessary for electronic production and are taxable. | - |
| 03/28/08 | OCR | Costs are not taxable because these expenses relate to the creation of electronically searchable files for Defendants' convenience. | $1,243.14 |
| 03/28/08 | Issue Tags | Costs are uncertain because it is not clear whether these costs relate to issues with scanning or issues with respect to the privilege or confidentiality of the documents themselves. | $2,798.60 |
| 03/28/08 | Bibliographic Coding | Costs are not taxable because these expenses relate to the creation of electronically searchable files for Defendants' convenience | $26,321.90 |
| 03/28/08 | Logical Unitization | Costs are taxable as they appear to be directly related to scanning hard copy documents for electronic production purposes. | - |
| 03/28/08 | Pre-Processing | Costs are not taxable as they directly relate to the creation of a searchable electronic database for Defendants' convenience. Specifically, these costs relate to electronic means for selecting documents. | $9,350.00 |
| 03/28/08 | Premium Processing | Costs are not taxable as they directly relate to the creation of a searchable electronic database for Defendants' convenience. Specifically, these costs relate to "extract[ing] | $191,380.00 |

| | | | |
|---|---|---|---|
| | | embedded text and metadata for electronic discovery review database." | |
| 03/28/08 | Custom Conversion | Costs are not taxable as they directly relate to the creation of a searchable electronic database for Defendants' convenience. Specifically, these costs relate to the manual loading of "information and processed data into the electronic discovery review database." | $3,550.00 |
| 03/28/08 | Automated Searching | Costs are not taxable as they directly relate to the creation of a searchable electronic database for Defendants' convenience. | $4,000.00 |
| 03/28/08 | Storage Hosting | Costs are not taxable as they directly relate to the maintenance of a searchable electronic database for Defendants' convenience. | $10,777.75 |
| 03/28/08 | User Accounts | Costs are not taxable as they directly relate to the cost of using a searchable electronic database for Defendants' convenience. Specifically, these costs are charged for monthly attorney access to the database. | $7,410.00 |
| 03/28/08 | WebEx training | Costs are not taxable as they directly relate to the cost of using a searchable electronic database for Defendants' convenience. | $375.00 |
| 03/28/08 | Basic Creation | Costs appear to be taxable as they directly relate to the actual electronic production of discoverable documents. | - |
| 03/28/08 | Custom Configuration | Costs appear to be taxable as they directly relate to the actual electronic production of discoverable documents. | - |
| 03/28/08 | Bates Numbering | Costs appear to be taxable as they directly relate to the actual electronic production of discoverable documents. | - |
| 03/28/08 | Other Endorsements | Costs appear to be taxable as they directly relate to the actual electronic production of discoverable documents. | - |
| 03/28/08 | Data Transmission | Costs appear to be taxable as they directly relate to the actual electronic production of discoverable documents. | - |
| 03/28/08 | Forensic Collection | Costs are uncertain because the invoice is not clear. Description appears to include both taxable and nontaxable charges. | $2,400.00 |
| 03/28/08 | Meeting with Morgan Lewis | Costs are uncertain because it is not clear what the purpose of this meeting was and whether it was necessary for the maintenance of the case. | $1,400.00 |
| 03/28/08 | Imaging Drives, preprocess | Costs are not taxable as they directly relate to the creation of a searchable electronic database for Defendants' convenience. | $2,437.50 |
| 03/28/08 | Image Anderson data, image loose | Costs are uncertain because it is not clear what was being imaged, what that entailed, | $1,050.00 |

2

| | | | |
|---|---|---|---|
| | | and what its purpose was. | |
| 03/28/08 | Airfare | Costs are not taxable. This expense is not necessary for the maintenance of the case. For a previous invoice with this type of expense, Defendants did not seek these costs. | $348.00 |
| 03/28/08 | Lodging | Costs are not taxable. This expense is not necessary for the maintenance of the case. For a previous invoice with this type of expense, Defendants did not seek these costs. | $610.75 |
| 03/28/08 | Meals | Costs are not taxable. This expense is not necessary for the maintenance of the case. For a previous invoice with this type of expense, Defendants did not seek these costs. | $173.10 |
| 03/28/08 | Car Rental | Costs are not taxable. This expense is not necessary for the maintenance of the case. For a previous invoice with this type of expense, Defendants did not seek these costs. | $400.42 |
| 03/28/08 | Fuel, Mileage, Parking | Costs are not taxable. This expense is not necessary for the maintenance of the case. For a previous invoice with this type of expense, Defendants did not seek these costs. | $479.49 |
| 03/28/08 | Computer Hardware | Costs are uncertain because it is not clear whether this "Blackberry IPD Converter" is necessary for the maintenance of the case. | $29.95 |
| 03/31/08 | Premium Processing | Costs are not taxable as they directly relate to the creation of a searchable electronic database for Defendants' convenience. Specifically, these costs relate to "extract[ing] embedded text and metadata for electronic discovery review database." | $65,623.60 |
| 03/31/08 | Keyword Processing | Costs are not taxable as they directly relate to the creation of a searchable electronic database for Defendants' convenience. | $500.00 |
| 03/31/08 | Custom Conversion | Costs are not taxable as they directly relate to the creation of a searchable electronic database for Defendants' convenience. Specifically, these costs relate to the manual load of "information and processed data into the electronic discovery review database." | $325.00 |
| 03/31/08 | iConect Searching for Special Tagging | Costs are not taxable as they directly relate to the creation of a searchable electronic database for Defendants' convenience. Specifically, these costs relate to searches required to import information "into the tag folders in the electronic review database for attorney review and production preparation." | $2,500.00 |
| 03/31/08 | Scanning C | Scanning costs are taxable. | - |
| 03/31/08 | Scanning D | Scanning costs are taxable. | - |
| 03/31/08 | Scanning E | Scanning costs are taxable. | - |

3

| | | | |
|---|---|---|---|
| 03/31/08 | Scanning Color | Scanning costs are taxable. | - |
| 03/31/08 | CD Mastering | Costs are necessary for electronic production and are taxable. | - |
| 03/31/08 | Branding | Costs are necessary for electronic production and are taxable. | - |
| 03/31/08 | Folder Description | Costs are necessary for electronic production and are taxable. | - |
| 03/31/08 | OCR | Costs are not taxable because these expenses relate to the creation of electronically searchable files for Defendants' convenience. | $2,823.78 |
| 03/31/08 | Issue Tags | Costs are uncertain because it is not clear whether these costs relate to issues with scanning or issues with respect to the privilege or confidentiality of the documents themselves. | $600.90 |
| 03/31/08 | A Work – Auto Feed | Scanning costs are taxable. | - |
| 04/21/08 | Scanning C | Scanning costs are taxable. | - |
| 04/21/08 | Scanning B/W | Scanning costs are taxable. | - |
| 04/21/08 | File Naming | Costs are necessary for electronic production and are taxable. | - |
| 04/21/08 | OCR | Costs are not taxable because these expenses relate to the creation of electronically searchable files for Defendants' convenience. | $811.56 |
| 04/21/08 | Issue Tags | Costs are uncertain because it is not clear whether these costs relate to issues with scanning or issues with respect to the privilege or confidentiality of the documents themselves. | $444.80 |
| 04/21/08 | Bibliographic Coding | Costs are not taxable because these expenses relate to the creation of electronically searchable files for Defendants' convenience | $7,054.30 |
| 04/21/08 | Logical Unitization | Costs are taxable as they appear to be directly related to scanning hard copy documents for electronic production purposes. | - |
| 04/21/08 | Restore Tiffany Drive | Costs appear to be taxable as it relates to electronic production. | - |
| 04/21/08 | Data analysis, imaging HDD | Costs are uncertain because it is not clear what was being imaged or analyzed, what that work entailed, and what its ultimate purpose was. | $2,700.00 |
| 04/21/08 | Airfare | Costs are not taxable. This expense is not necessary for the maintenance of the case. For a previous invoice with this type of expense, Defendants did not seek these costs. | $532.99 |
| 04/21/08 | Lodging | Costs are not taxable. This expense is not necessary for the maintenance of the case. For a previous invoice with this type of expense, Defendants did not seek these costs. | $875.25 |
| 04/21/08 | Meals | Costs are not taxable. This expense is not | $23.46 |

4

| | | | |
|---|---|---|---|
| | | necessary for the maintenance of the case. For a previous invoice with this type of expense, Defendants did not seek these costs. | |
| 04/21/08 | Fuel, Mileage, Parking, Tolls | Costs are not taxable. This expense is not necessary for the maintenance of the case. For a previous invoice with this type of expense, Defendants did not seek these costs. | $137.62 |
| 04/21/08 | Computer Hardware | Costs are taxable because they appear to be directly related to electronic production. | - |
| 04/21/08 | Client Materials | Costs are uncertain because it is not clear whether these costs relate to electronic production or are for Defendants' convenience. | $78.98 |
| 04/21/08 | Premium Processing | Costs are not taxable as they directly relate to the creation of a searchable electronic database for Defendants' convenience. Specifically, these costs relate to "extract[ing] embedded text and metadata for electronic discovery review database." | $138,110.00 |
| 04/21/08 | TIFF Fee | Costs are not taxable as they directly relate to the creation of a searchable electronic database for Defendants' convenience. Specifically, these costs relate to converting native files to searchable TIFF files for use in the electronic discovery review database. | $4,308.71 |
| 04/21/08 | Custom Conversion | Costs are not taxable as they directly relate to the creation of a searchable electronic database for Defendants' convenience. Specifically, these costs relate to the manual load of "information and processed data into the electronic discovery review database." | $1,500.00 |
| 04/21/08 | Storage Hosting | Costs are not taxable as they directly relate to the maintenance of a searchable electronic database for Defendants' convenience. | $16,579.40 |
| 04/21/08 | User Accounts | Costs are not taxable as they directly relate to the cost of using a searchable electronic database for Defendants' convenience. Specifically, these costs are charged for monthly attorney access to the database. | $5,415.00 |
| 04/21/08 | Basic Creation | Costs appear to be taxable as they directly relate to the actual electronic production of discoverable documents. | - |
| 04/21/08 | Bates Numbering | Costs appear to be taxable as they directly relate to the actual electronic production of discoverable documents. | - |
| 04/21/08 | Other Endorsements | Costs appear to be taxable as they directly relate to the actual electronic production of discoverable documents. | - |
| 04/21/08 | Data Transmission | Costs appear to be taxable as they directly relate to the actual electronic production of | - |

5

| | | | discoverable documents. | |
|---|---|---|---|---|
| | 04/21/08 | Forensic Collection | Costs are uncertain because the invoice is not clear. Description appears to include both taxable and nontaxable charges. | $1,200.00 |
| | 05/29/08 | TIFF Fee | Costs are not taxable as they directly relate to the creation of a searchable electronic database for Defendants' convenience. Specifically, these costs relate to converting native files to searchable TIFF files for use in the electronic discovery review database. | $9,278.57 |
| | 05/29/08 | Custom Setup | Costs are not taxable as the directly relate to the use of a searchable electronic database for Defendants' convenience. Specifically, these costs relate to developing a program "to extract daily doc 'review tag' activity." | $6,000.00 |
| | 05/29/08 | Storage Hosting | Costs are not taxable as they directly relate to the maintenance of a searchable electronic database for Defendants' convenience. | $16,943.25 |
| | 05/29/08 | User Accounts | Costs are not taxable as they directly relate to the cost of using a searchable electronic database for Defendants' convenience. Specifically, these costs are charged for monthly attorney access to the database. | $5,510.00 |
| | 05/29/08 | Basic Creation | Costs appear to be taxable as they directly relate to the actual electronic production of discoverable documents. | - |
| | 05/29/08 | Bates Numbering | Costs appear to be taxable as they directly relate to the actual electronic production of discoverable documents. | - |
| | 05/29/08 | Other Endorsements | Costs appear to be taxable as they directly relate to the actual electronic production of discoverable documents. | - |
| | 05/29/08 | Data Transmission | Costs appear to be taxable as they directly relate to the actual electronic production of discoverable documents. | - |
| | 05/29/08 | Subcontractor Bill | No Invoice Exists. | $11,296.77 |
| | 06/26/08 | TIFF Fee | Costs are not taxable as they directly relate to the creation of a searchable electronic database for Defendants' convenience. Specifically, these costs relate to converting native files to searchable TIFF files for use in the electronic discovery review database. | $3,098.48 |
| | 06/26/08 | TIFF Fee SIDLEY AUSTIN | Costs appear to have been deducted. | - |
| | 06/26/08 | Custom Setup (INCLUDES SIDLEY AUSTIN) | Costs are not taxable as they directly relate to the use of a searchable electronic database for Defendants' convenience. Specifically, these costs relate to developing a program "to | $4,500.00 |

6

| | | extract daily doc 'review tag' activity." Moreover, these costs include expenses directly related to the securities litigation. | |
|---|---|---|---|
| 06/26/08 | Storage Hosting | Costs are not taxable as they directly relate to the maintenance of a searchable electronic database for Defendants' convenience. | $17,152.25 |
| 06/26/08 | User Accounts (INCLUDES SIDLEY AUSTIN) | Costs are not taxable as they directly relate to the use of a searchable electronic database for Defendants' convenience. Specifically, these costs are charged for monthly attorney access to the database. Moreover, these costs include costs directly related to the securities litigation. | $6,460.00 |
| 06/26/08 | Basic Creation | Costs appear to be taxable as they directly relate to the actual electronic production of discoverable documents. | - |
| 06/26/08 | Basic Creation SIDLEY AUSTIN | Costs are not taxable because they directly relate to the securities litigation alone. | $800.00 |
| 06/26/08 | Bates Numbering | Costs appear to be taxable as they directly relate to the actual electronic production of discoverable documents. | - |
| 06/26/08 | Bates Numbering SIDLEY AUSTIN | Costs appear to have been deducted. | - |
| 06/26/08 | Other Endorsements | Costs appear to be taxable as they directly relate to the actual electronic production of discoverable documents. | - |
| 06/26/08 | Other Endorsements SIDLEY AUSTIN | Costs appear to have been deducted. | - |
| 06/26/08 | DVD SIDLEY AUSTIN | Costs appear to have been deducted. | - |
| 06/26/08 | Data Transmission | Costs appear to be taxable as they directly relate to the actual electronic production of discoverable documents. | - |
| 06/26/08 | Bibliographic Coding | Costs are not taxable because these expenses relate to the creation of electronically searchable files for Defendants' convenience | $26,376.40 |
| 07/24/08 | TIFF Fee | Costs are not taxable as they directly relate to the creation of a searchable electronic database for Defendants' convenience. Specifically, these costs relate to converting native files to searchable TIFF files for use in the electronic discovery review database. | $42,318.15 |
| 07/24/08 | TIFF Fee SIDLEY AUSTIN | Costs appear to have been deducted. | - |
| 07/24/08 | Storage Hosting | Costs are not taxable as they directly relate to the maintenance of a searchable electronic database for Defendants' convenience. | $19,358.15 |
| 07/24/08 | User Accounts (INCLUDES SIDLEY AUSTIN) | Costs appear to have been deducted. | - |

7

| | | | |
|---|---|---|---|
| 07/24/08 | Basic Creation | Costs appear to be taxable as they directly relate to the actual electronic production of discoverable documents. | - |
| 07/24/08 | Basic Creation SIDLEY AUSTIN | Costs appear to have been deducted. | - |
| 07/24/08 | Bates Numbering | Costs appear to be taxable as they directly relate to the actual electronic production of discoverable documents. | - |
| 07/24/08 | Bates Numbering SIDLEY AUSTIN | Costs appear to have been deducted. | - |
| 07/24/08 | Other Endorsements | Costs appear to be taxable as they directly relate to the actual electronic production of discoverable documents. | - |
| 07/24/08 | Other Endorsements SIDLEY AUSTIN | Costs appear to have been deducted. | - |
| 07/24/08 | DVD | Costs appear to be taxable as they directly relate to the actual electronic production of discoverable documents. | - |
| 07/24/08 | Special Project Request "ML tagging maint." | Costs appear to have been deducted. | - |
| 7/29/08 | Hard Drive | Costs appear to be related to electronic production and are taxable. | - |
| 08/19/08 | HP OpenMail Restoration | Costs appear to be taxable as they were necessary for electronic production of archived emails. | - |
| 08/19/08 | Sample Results Production | Costs appear to be taxable as they were necessary for electronic production of archived emails. | - |
| 08/19/08 | PST Generation | Costs are uncertain because it is unclear what these expenses relate to and whether these costs were necessary. | $250.00 |
| 08/19/08 | Freight | Costs appear to be taxable as they were necessary for electronic production of archived emails. | - |
| 08/28/08 | Scanning C | Scanning costs are taxable. | - |
| 08/28/08 | Scanning Color | Scanning costs are taxable. | - |
| 08/28/08 | Scanning B/W | Scanning costs are taxable. | - |
| 08/28/08 | File Naming | Costs are necessary for electronic production and are taxable. | - |
| 08/28/08 | OCR | Costs are not taxable because these expenses relate to the creation of electronically searchable files for Defendants' convenience. | $828.36 |
| 08/28/08 | Bibliographic Coding | Costs are not taxable because these expenses relate to the creation of electronically searchable files for Defendants' convenience | $1,930.85 |
| 08/28/08 | Issue Tags | Costs are uncertain because it is not clear whether these costs relate to issues with | $63.40 |

8

| | | scanning or issues with respect to the privilege or confidentiality of the documents themselves. | |
|---|---|---|---|
| 08/28/08 | Data Handling | Costs are uncertain because it is unclear what these costs relate to and whether they are necessary for maintenance of the case. | $375.00 |
| 08/28/08 | TIFF Fee | Costs are not taxable as they directly relate to the creation of a searchable electronic database for Defendants' convenience. Specifically, these costs relate to converting native files to searchable TIFF files for use in the electronic discovery review database. | $68,901.84 |
| 08/28/08 | TIFF Fee SIDLEY AUSTIN | Costs appear to have been deducted. | - |
| 08/28/08 | Storage Hosting | Costs are not taxable as they directly relate to the maintenance of a searchable electronic database for Defendants' convenience. | $21,888.00 |
| 08/28/08 | User Accounts (INCLUDES SIDLEY AUSTIN) | Costs are not taxable as they directly relate to the use of a searchable electronic database for Defendants' convenience. Specifically, these costs are charged for monthly attorney access to the database. Moreover, these costs include costs directly related to the securities litigation. | $7,505.00 |
| 08/28/08 | Basic Creation | Costs appear to be taxable as they directly relate to the actual electronic production of discoverable documents. | - |
| 08/28/08 | Basic Creation SIDLEY AUSTIN | Costs are not taxable because they directly relate to the securities litigation alone. | $2,000.00 |
| 08/28/08 | Bates Numbering | Costs appear to be taxable as they directly relate to the actual electronic production of discoverable documents. | - |
| 08/28/08 | Bates Numbering SIDLEY AUSTIN | Costs appear to have been deducted. | - |
| 08/28/08 | Other Endorsements | Costs appear to be taxable as they directly relate to the actual electronic production of discoverable documents. | - |
| 08/28/08 | Other Endorsements SIDLEY AUSTIN | Costs appear to have been deducted. | - |
| 08/28/08 | DVD | Costs are taxable as they appear to be directly related to electronic production. | - |
| 09/29/08 | TIFF Fee | Costs are not taxable as they directly relate to the creation of a searchable electronic database for Defendants' convenience. Specifically, these costs relate to converting native files to searchable TIFF files for use in the electronic discovery review database. | $60,143.65 |
| 09/29/08 | Storage Hosting | Costs are not taxable as they directly relate to | $19,584.00 |

9

| | | the maintenance of a searchable electronic database for Defendants' convenience. | |
|---|---|---|---|
| 09/29/08 | User Accounts (INCLUDES SIDLEY AUSTIN) | Costs are not taxable as they directly relate to the use of a searchable electronic database for Defendants' convenience. Specifically, these costs are charged for monthly attorney access to the database. Moreover, these costs include costs directly related to the securities litigation. | $7,505.00 |
| 09/29/08 | Basic Creation | Costs appear to be taxable as they directly relate to the actual electronic production of discoverable documents. | - |
| 09/29/08 | Bates Numbering | Costs appear to be taxable as they directly relate to the actual electronic production of discoverable documents. | - |
| 09/29/08 | Other Endorsements | Costs appear to be taxable as they directly relate to the actual electronic production of discoverable documents. | - |
| 09/29/08 | DVD | Costs are taxable as they appear to be directly related to electronic production. | - |
| 09/29/08 | Professional Fees | No invoice for these costs exists. | $18,176.14 |
| 09/29/08 | Scanning D | Scanning costs are taxable. | - |
| 09/29/08 | File Naming | Costs are necessary for electronic production and are taxable. | - |
| 09/29/08 | OCR | Costs are not taxable because these expenses relate to the creation of electronically searchable files for Defendants' convenience. | $195.12 |
| 09/29/08 | Logical Unitization | Costs are taxable as they appear to be directly related to scanning hard copy documents for electronic production purposes. | - |
| 09/29/08 | Bibliographic Coding | Costs are not taxable because these expenses relate to the creation of electronically searchable files for Defendants' convenience | $1,053.40 |
| 09/29/08 | Bibliographic Coding | Costs are not taxable because these expenses relate to the creation of electronically searchable files for Defendants' convenience | $3.45 |
| 09/29/08 | Branding | Costs are necessary for electronic production and are taxable. | - |
| | | | |
| 09/30/08 | Scanning D | Scanning costs are taxable. | - |
| 09/30/08 | CD Mastering | Costs are necessary for electronic production and are taxable. | - |
| 09/30/08 | DVD Duplication | Costs are necessary for electronic production and are taxable. | - |
| 09/30/08 | File Naming | Costs are necessary for electronic production and are taxable. | - |
| 09/30/08 | OCR | Costs are not taxable because these expenses relate to the creation of electronically searchable files for Defendants' convenience. | $434.40 |
| 09/30/08 | Sr. Technical Time | Costs appear necessary for document | - |

| | | production and are taxable. | |
|---|---|---|---|
| 09/30/08 | Audio Tape Conversion | Costs appear necessary for document production and are taxable. | - |
| 09/30/08 | D-Work | Scanning costs are taxable. | - |
| 09/30/08 | Copies-Color | Scanning costs are taxable. | - |
| | | | |
| 11/27/08 | Premium Processing All TIFF (plaintiffs' prods) | Costs are not taxable as they directly relate to the creation of a searchable electronic database for Defendants' convenience. Specifically, these costs relate to "extract[ing] embedded text and metadata for electronic discovery review database." Moreover, it appears to include costs related to the addition of plaintiff's productions to the electronic database. | $14,063.50 |
| 11/27/08 | TIFF Fee (plaintiffs' productions) | Costs are not taxable as they directly relate to the creation of a searchable electronic database for Defendants' convenience. Specifically, these costs relate to converting native files to searchable TIFF files for use in the electronic discovery review database. Moreover, it appears to include costs related to the addition of plaintiff's productions to the electronic database. | $6,185.44 |
| 11/27/08 | TIFF Fee | Costs are not taxable as they directly relate to the creation of a searchable electronic database for Defendants' convenience. Specifically, these costs relate to converting native files to searchable TIFF files for use in the electronic discovery review database. | $22,054.13 |
| 11/27/08 | TIFF Fee SIDLEY AUSTIN | Costs are not taxable because they directly relate to the securities litigation alone. | $6,693.33 |
| 11/27/08 | Storage Hosting | Costs are not taxable as they directly relate to the maintenance of a searchable electronic database for Defendants' convenience. | $24,817.45 |
| 11/27/08 | User Accounts (INCLUDES SIDLEY AUSTIN) | Costs are not taxable as they directly relate to the use of a searchable electronic database for Defendants' convenience. Specifically, these costs are charged for monthly attorney access to the database. Moreover, these costs include costs directly related to the securities litigation. | $7,885.00 |
| 11/27/08 | Basic Creation | Costs appear to be taxable as they directly relate to the actual electronic production of discoverable documents. | - |
| 11/27/08 | Basic Creation SIDLEY AUSTIN | Costs are not taxable because they directly relate to the securities litigation alone. | $3,200.00 |
| 11/27/08 | Bates Numbering (includes plaintiffs prods) | Uncertain to what extent these costs are taxable. Appears to include costs related to the addition of plaintiff's productions to the | $2,400.48 |

11

| | | electronic database. | |
|---|---|---|---|
| 11/27/08 | Bates Numbering SIDLEY AUSTIN | Costs are not taxable because they directly relate to the securities litigation alone. | $956.19 |
| 11/27/08 | Other Endorsements (includes plaintiffs prods) | Uncertain to what extent these costs are taxable. Appears to include costs related to the addition of plaintiff's productions to the electronic database. | $1,200.24 |
| 11/27/08 | Other Endorsements SIDLEY AUSTIN | Costs appear to have been deducted. | - |
| 11/27/08 | CD | Costs appear to be taxable as they directly relate to the actual electronic production of discoverable documents. | - |
| 11/27/08 | Data Transmission | Costs appear to be taxable as they directly relate to the actual electronic production of discoverable documents. | - |
| 11/27/08 | Special Project Request - ID and re-process doc. | Costs are not taxable because it does not appear that these costs are necessary for electronic production, and instead, appear to be for Defendants' convenience in reviewing documents with tracked changes. | $4,687.50 |
| 01/28/09 | TIFF Fee | Costs are not taxable as they directly relate to the creation of a searchable electronic database for Defendants' convenience. Specifically, these costs relate to converting native files to searchable TIFF files for use in the electronic discovery review database. | $3,657.85 |
| 01/28/09 | TIFF Fee SIDLEY AUSTIN | Costs appear to have been deducted. | - |
| 01/28/09 | Storage Hosting | Costs are not taxable as they directly relate to the maintenance of a searchable electronic database for Defendants' convenience. | $25,004.45 |
| 01/28/09 | User Accounts (INCLUDES SIDLEY AUSTIN) | Costs are not taxable as they directly relate to the use of a searchable electronic database for Defendants' convenience. Specifically, these costs are charged for monthly attorney access to the database. Moreover, these costs include costs directly related to the securities litigation. | $7,885.00 |
| 01/28/09 | Basic Creation | Costs appear to be taxable as they directly relate to the actual electronic production of discoverable documents. | - |
| 01/28/09 | Basic Creation SIDLEY AUSTIN | Costs are not taxable because they directly relate to the securities litigation alone. | $400.00 |
| 01/28/09 | Bates Numbering | Costs appear to be taxable as they directly relate to the actual electronic production of discoverable documents. | - |
| 01/28/09 | Bates Numbering SIDLEY AUSTIN | Costs appear to have been deducted. | - |
| 01/28/09 | Other Endorsements | Costs appear to be taxable as they directly | - |

12

| | | relate to the actual electronic production of discoverable documents. | |
|---|---|---|---|
| 01/28/09 | Other Endorsements SIDLEY AUSTIN | Costs appear to have been deducted. | - |
| 01/28/09 | CD (SIDLEY AUSTIN) | Costs appear to have been deducted. | - |
| 01/28/09 | Data Transmission | Costs appear to be taxable as they directly relate to the actual electronic production of discoverable documents. | - |
| 01/29/09 | Storage Hosting | Costs are not taxable as they directly relate to the maintenance of a searchable electronic database for Defendants' convenience. | $25,007.85 |
| 01/29/09 | User Accounts (INCLUDES SIDLEY AUSTIN) | Costs are not taxable as they directly relate to the use of a searchable electronic database for Defendants' convenience. Specifically, these costs are charged for monthly attorney access to the database. Moreover, these costs include costs directly related to the securities litigation. | $7,885.00 |
| 01/29/09 | Basic Creation | Costs appear to be taxable as they directly relate to the actual electronic production of discoverable documents. | - |
| 01/29/09 | Basic Creation SIDLEY AUSTIN | Costs appear to have been deducted. | - |
| 01/29/09 | Bates Numbering | Costs appear to be taxable as they directly relate to the actual electronic production of discoverable documents. | - |
| 01/29/09 | Bates Numbering SIDLEY AUSTIN | Costs appear to have been deducted. | - |
| 01/29/09 | Other Endorsements | Costs appear to be taxable as they directly relate to the actual electronic production of discoverable documents. | - |
| 01/29/09 | Other Endorsements SIDLEY AUSTIN | Costs appear to have been deducted. | - |
| 01/29/09 | CD (SIDLEY AUSTIN) | Costs appear to have been deducted. | - |
| 01/29/09 | Data Transmission | Costs appear to be taxable as they directly relate to the actual electronic production of discoverable documents. | - |
| 01/29/09 | Spec. Req: Compare prod and priv for overlaps | Costs are not taxable as they concern the comparison of production documents and privileged documents for overlaps. Such work is more properly the work of an attorney and the costs here are merely for Defendants' convenience. | $2,250.00 |
| 02/20/09 | Premium Processing SIDLEY AUSTIN | Costs are not taxable as they directly relate to the securities litigation. | $3,883.00 |
| 02/20/09 | TIFF Fee SIDLEY AUSTIN | Costs appear to have been deducted. | - |
| 02/20/09 | Storage Hosting | Costs are not taxable as they directly relate to | $25,393.75 |

13

| | | the maintenance of a searchable electronic database for Defendants' convenience. | |
|---|---|---|---|
| 02/20/09 | User Accounts (INCLUDES SIDLEY AUSTIN) | Costs are not taxable as they directly relate to the use of a searchable electronic database for Defendants' convenience. Specifically, these costs are charged for monthly attorney access to the database. Moreover, these costs include costs directly related to the securities litigation. | $7,885.00 |
| 02/20/09 | Basic Creation | Costs appear to be taxable as they directly relate to the actual electronic production of discoverable documents. | - |
| 02/20/09 | Basic Creation SIDLEY AUSTIN | Costs appear to have been deducted. | - |
| 02/20/09 | Bates Numbering SIDLEY AUSTIN | Costs appear to have been deducted. | - |
| 02/20/09 | Other Endorsements | Costs appear to be taxable as they directly relate to the actual electronic production of discoverable documents. | - |
| 02/20/09 | Other Endorsements SIDLEY AUSTIN | Costs appear to have been deducted. | - |
| 02/20/09 | CD | Costs appear to be taxable as they directly relate to the actual electronic production of discoverable documents. | - |
| 02/20/09 | Data Transmission | Costs appear to be taxable as they directly relate to the actual electronic production of discoverable documents. | - |
| 04/15/09 | Premium Processing | Costs are not taxable as they directly relate to the creation of a searchable electronic database for Defendants' convenience. Specifically, these costs relate to "extract[ing] embedded text and metadata for electronic discovery review database." | $1,178.43 |
| 04/15/09 | TIFF Fee | Costs are not taxable as they directly relate to the creation of a searchable electronic database for Defendants' convenience. Specifically, these costs relate to converting native files to searchable TIFF files for use in the electronic discovery review database. | $362.80 |
| 04/15/09 | Storage Hosting | Costs are not taxable as they directly relate to the maintenance of a searchable electronic database for Defendants' convenience. | $22,524.75 |
| 04/15/09 | Storage Hosting | Costs are not taxable as they directly relate to the maintenance of a searchable electronic database for Defendants' convenience. | $9,445.86 |
| 04/15/09 | Basic Creation | Costs appear to be taxable as they directly relate to the actual electronic production of discoverable documents. | - |
| 04/15/09 | Bates Numbering | Costs appear to be taxable as they directly | - |

| Date | Item | Notes | Amount |
|---|---|---|---|
| | | relate to the actual electronic production of discoverable documents. | |
| 04/15/09 | Other Endorsements | Costs appear to be taxable as they directly relate to the actual electronic production of discoverable documents. | - |
| 04/15/09 | Data Transmission | Costs appear to be taxable as they directly relate to the actual electronic production of discoverable documents. | - |
| 06/17/09 | TIFF Fee | Costs appear to have been deducted. | - |
| 06/17/09 | TIFF Fee SIDLEY AUSTIN | Costs are not taxable because they directly relate to the securities litigation alone. | $65.80 |
| 06/17/09 | Storage Hosting | Costs are not taxable as they directly relate to the maintenance of a searchable electronic database for Defendants' convenience. | $27,845.01 |
| 06/17/09 | User Accounts (INCLUDES SIDLEY AUSTIN) | Costs are not taxable as they directly relate to the use of a searchable electronic database for Defendants' convenience. Specifically, these costs are charged for monthly attorney access to the database. Moreover, these costs include costs directly related to the securities litigation. | $2,470.00 |
| 06/17/09 | Basic Creation | Costs appear to be taxable as they directly relate to the actual electronic production of discoverable documents. | - |
| 06/17/09 | Basic Creation SIDLEY AUSTIN | Costs appear to have been deducted. | - |
| 06/17/09 | Bates Numbering | Costs appear to be taxable as they directly relate to the actual electronic production of discoverable documents. | - |
| 06/17/09 | Bates Numbering SIDLEY AUSTIN | Costs appear to have been deducted. | - |
| 06/17/09 | Other Endorsements | Costs appear to be taxable as they directly relate to the actual electronic production of discoverable documents. | - |
| 06/17/09 | Other Endorsements SIDLEY AUSTIN | Costs appear to have been deducted. | - |
| 06/17/09 | CD (SIDLEY AUSTIN) | Costs appear to have been deducted. | - |
| 06/17/09 | Data Transmission | Costs appear to be taxable as they directly relate to the actual electronic production of discoverable documents. | - |
| 06/18/09 | TIFF Fee | Costs are not taxable as they directly relate to the creation of a searchable electronic database for Defendants' convenience. Specifically, these costs relate to converting native files to searchable TIFF files for use in the electronic discovery review database. | $1,011.08 |
| 06/18/09 | TIFF Fee SIDLEY AUSTIN | Costs appear to have been deducted. | - |

| 06/18/09 | Storage Hosting | Costs are not taxable as they directly relate to the maintenance of a searchable electronic database for Defendants' convenience. | $47,959.92 |
|---|---|---|---|
| 06/18/09 | User Accounts (INCLUDES SIDLEY AUSTIN) | Costs are not taxable as they directly relate to the use of a searchable electronic database for Defendants' convenience. Specifically, these costs are charged for monthly attorney access to the database. Moreover, these costs include costs directly related to the securities litigation. | $2,660.00 |
| 06/18/09 | Basic Creation | Costs appear to be taxable as they directly relate to the actual electronic production of discoverable documents. | - |
| 06/18/09 | Basic Creation SIDLEY AUSTIN | Costs appear to have been deducted. | - |
| 06/18/09 | Bates Numbering | Costs appear to be taxable as they directly relate to the actual electronic production of discoverable documents. | - |
| 06/18/09 | Bates Numbering SIDLEY AUSTIN | Costs appear to have been deducted. | - |
| 06/18/09 | Other Endorsements | Costs appear to be taxable as they directly relate to the actual electronic production of discoverable documents. | - |
| 06/18/09 | Other Endorsements SIDLEY AUSTIN | Costs appear to have been deducted. | - |
| 06/18/09 | CD (SIDLEY AUSTIN) | Costs appear to have been deducted. | - |
| 06/18/09 | Data Transmission | Costs appear to be taxable as they directly relate to the actual electronic production of discoverable documents. | - |
| 06/18/09 | Professional Fees | Costs are uncertain because it is unclear whether these fees were necessary for the maintenance of the case. | $9,040.00 |
| 06/18/09 | Ground Transportation | Costs are not taxable. | $40.60 |
| 06/18/09 | Hardware | Costs appear to be taxable as they directly relate to the actual electronic production of discoverable documents. | - |
| 06/18/09 | Performed daily matter related tasks | Costs appear to be taxable as they directly relate to the actual electronic production of discoverable documents. | - |
| 06/18/09 | Assisted Morgan Lewis with special request | Costs are uncertain because it is unclear whether costs were necessary for the maintenance of the case. | $8,245.00 |
| 06/18/09 | Performed quality assurance | Costs appear to be taxable as they directly relate to the actual electronic production of discoverable documents. | - |
| 06/18/09 | Performed backup tape restoration activities | Costs are uncertain because it is unclear whether costs were necessary for the maintenance of the case. | $8,856.25 |

16

| | | | |
|---|---|---|---|
| 06/18/09 | Performed qc of backup tape restoration | Costs are uncertain because it is unclear whether costs were necessary for the maintenance of the case. | $8,385.00 |
| 06/18/09 | Coordinated backup tape activities | Costs are uncertain because it is unclear whether costs were necessary for the maintenance of the case. | $1,300.00 |
| 06/18/09 | Performed backup of IPRO database | Costs are uncertain because it is unclear whether costs were necessary for the maintenance of the case. | $1,300.00 |
| 06/18/09 | Performed transfer of iConect related data | Costs are uncertain because it is unclear whether costs were necessary for the maintenance of the case. | $6,830.00 |
| 06/18/09 | Performed iConect troubleshooting | Costs are uncertain because it is unclear whether costs were necessary for the maintenance of the case. | $520.00 |
| 06/18/09 | Ground transportation | Costs are not taxable as they are not necessary for the maintenance of the case. | $4.00 |
| 06/18/09 | Postage and freight | Costs appear to be taxable as they directly relate to the actual electronic production of discoverable documents. | -- |
| 06/18/09 | Performed daily matter related tasks | Costs appear to be taxable as they directly relate to the actual electronic production of discoverable documents. | - |
| 06/18/09 | Assisted Morgan Lewis with special request | Costs are uncertain because it is unclear whether costs were necessary for the maintenance of the case. | $6,720.00 |
| 06/18/09 | Performed quality assurance | Costs appear to be taxable as they directly relate to the actual electronic production of discoverable documents. | - |
| 06/18/09 | Assisted Sidley Austin with special request | Costs appear to have been deducted. | - |
| 06/18/09 | Created documentation on backup tape restores | Costs are uncertain because it is unclear whether costs were necessary for the maintenance of the case. | $260.00 |
| 06/18/09 | Hardware | Costs appear to be taxable as they directly relate to the actual electronic production of discoverable documents. | - |
| 06/18/09 | Postage and freight | Costs appear to be taxable as they directly relate to the actual electronic production of discoverable documents. | - |
| | | TOTAL NONTAXABLE & UNCERTAIN | $1,269,426.45 |

17