# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DON BRIEGER, ROBERT BECKER, ALAN BURSTIN, HARRY SCHULTZ, and PAULA MITCHELL, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> TELLABS, INC., et al., <br><br> Defendants. | Case No. 1:06-cv-01882 <br><br> Judge Matthew F. Kennelly |

## NOTICE OF CROSS-APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT FROM THE DISTRICT COURT'S MEMORANDUM OPINION AND ORDER DENYING DEFENDANTS' REQUEST FOR COSTS

Notice is hereby given that all defendants in the above case hereby appeal to the United States Court of Appeals for the Seventh Circuit from the District Court's Memorandum Opinion and Order denying defendants' request for costs, entered in this action on August 27, 2009 (filed on August 26, 2009) (Doc. Nos. 279, 280, attached hereto as Exhibit 1 and 2, respectively).

Respectfully submitted,

s/ Charles C. Jackson

Charles C. Jackson (counsel of record)
Sari M. Alamuddin
Deborah S. Davidson
MORGAN, LEWIS & BOCKIUS LLP
77 West Wacker Drive, Fifth Floor
Chicago, IL 60601
(312) 324-1000 Telephone
(312) 324-1001 Facsimile

August 31, 2009

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I, Charles C. Jackson, one of the attorneys for defendants, hereby certify that, on August 31, 2009, I caused to be electronically filed the foregoing **NOTICE OF CROSS-APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT FROM THE DISTRICT COURT'S MEMORANDUM OPINION AND ORDER DENYING DEFENDANTS' REQUEST FOR COSTS** with the Court using the Court's Electronic Case Filing System, which will send notification of such filing to the following:

Norman Rifkind
Leigh R. Lasky
Lasky & Rifkind, Ltd.
rifkind@laskyrifkind.com

Matthew M. Houston
Wechsler Harwood LLP
488 Madison Avenue, 8th Floor
New York, NY 10022
mhouston@whesq.com

I further certify that copies were served via e-mail on August 31, 2009, to the following non-ECF participants:

Robert B. Weiser
The Weiser Law Firm, P.C.
121 N. Wayne Avenue, Suite 100
Wayne, PA  19087
rw@weiserlawfirm.com

Edward W. Ciolko
Mark K. Gyandoh
Peter A. Muhic
Barroway Topaz Kessler Meltzer Check LLP
280 King of Prussia Road
Radnor, PA  19807
eciolko@btkmc.com
mgyandoh@btkmc.com
pmuhic@btkmc.com

s/ Charles C. Jackson