## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew F. Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 06 C 1882 | **DATE** | 8/26/2009 |
| **CASE TITLE** | Brieger, et al. vs. Tellabs, Inc., et al. | | |

**DOCKET ENTRY TEXT**

For the reasons stated in the accompanying Memorandum Opinion and Order, the Court denies defendants' request to recover costs [#262].

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|

Case: 1:06-cv-01882 Document #: 281-1 Filed: 08/26/2009 Page 1 of 1