## UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

September 14, 2009

| | |
|---|---|
| DON BRIEGER, individually and on behalf of others similarly situated, et al.,<br>    Plaintiffs-Appellants,<br>    Cross-Appellees,<br><br>Nos. 09-2677 and 09-3211    v.<br><br>TELLABS, INC, et al.,<br>    Defendants-Appellees,<br>    Cross-Appellants. | ] Appeals from the United<br>] States District Court for<br>] the Northern District of<br>] Illinois, Eastern Division.<br>]<br>] No. 1:06-cv-01882<br>]<br>] Matthew F. Kennelly, Judge.<br>]<br>]<br>]<br>] |

Upon consideration of the **AGREED MOTION FOR VOLUNTARY DISMISSAL,** filed on September 11, 2009, by counsel for the parties,

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

CERTIFIED COPY
A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

form name: **c7_FinalOrderWMandate** (form ID: **137**)